```
1   AARON M. CLEFTON, Esq. (SBN 318680)
    CLEFTON DISABILITY LAW
2   2601 Blanding Ave, Suite C
    #336
3   Alameda, CA 94501
    Telephone: (510) 832-5001
4   info@cleftonlaw.com

5   Attorneys for Plaintiff
    BRADY MURPHY
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| BRADY MURPHY, | CASE NO. 3:24-cv-06366-TSH |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | **JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |
| ROHITA, LLC, | |
| Defendant. | |

Plaintiff BRADY MURPHY ("Plaintiff") and Defendant ROHITA, LLC, ("Defendants") – Plaintiff and Defendant together the "Parties" – hereby submit the following joint status report pursuant to the Court's Order of January 6, 2025:

The Parties are pleased to report that this matter has settled in its entirety. The Parties request that the Court vacate all currently set deadlines. However, the Parties request that the case not be dismissed until September 1, 2025, so that the parties may effectuate the terms of the settlement.

Date: January 15, 2025                   CLEFTON DISABILITY LAW

                                                                                 */s/ Aaron M. Clefton*
By AARON M. CLEFTON, Esq.
Attorney for Plaintiff
BRADY MURPHY

Date: January 15, 2025                   THE KARLIN LAW FIRM LLP

                                                                                */s/ Dan T. Danet*
By DAN T. DANET, Esq.
Attorney for Plaintiff
ROHITA, LLC

1

**FILER'S ATTESTATION**

Under Local Rule 5-1, I attest that on January 15, 2025, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Dan F. Danet, Esq in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton