UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY MURPHY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROHITA, LLC,<br><br>　　　　　　Defendant. | Case No. 24-cv-06366-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 14. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by September 01, 2025.

**IT IS SO ORDERED.**

Dated: January 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Hixson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge